# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TENNENTO,<br><br>     Plaintiff,<br><br>    v.<br><br>CHRISTOPHER GONZALES, et al.,<br><br>     Defendants. | Case No.: 1:13-cv-00490 - AWI - JLT<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DIMISSED |

Tony Tennento, also known as William Volschow ("Plaintiff"), is proceeding *pro se* and *in forma pauperis* with an action pursuant to 42 U.S.C. § 1983 for violations of his civil rights. On May 3, 2013, the Court dismissed Plaintiff's complaint with leave to amend, and directed Plaintiff to file an amended complaint within twenty-one days of the date of service. (Doc. 4 at 6). Accordingly, Plaintiff's amended complaint was due May 24, 2013. To date, he has failed file a First Amended Complaint or otherwise respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within fourteen days of the date of service of this Order why the action should not be dismissed for failure to prosecute and failure to comply with the Court's order, or in the alternative, to file his First Amended Complaint.

IT IS SO ORDERED.

Dated:   **May 30, 2013**               /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE